UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FELIX FLORES and GUADALUPE

PALACIOS, *individually and on behalf of others similarly*

*situated*,

                              *Plaintiff*,

      -against-

IMAMURA, INC. (D/B/A YAKITORI SUN-

CHAN) and TOKISHIGE IMAMURA,

                        Defendants.

------------------------------------------------------------X

Case No. 20-cv-7174

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:

    Louis Pechman
    Gianfranco J. Cuadra
    Pechman Law Group PLLC
    488 Madison Avenue, 17th Floor
    New York, NY, 10022
    Tel: (212)583-9500
    pechman@pechmanlaw.com
    cuadra@pechmanlaw.com

    *Attorneys for Defendant*s

PLEASE TAKE NOTICE that Plaintiffs FELIX FLORES and GUADALUPE PALACIOS hereby accept the offer of judgment made by Defendants, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated January 11, 2021. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: January 12, 2021

                                                             MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
Gennadiy Naydenskiy
60 East 42nd Street, Suite 4510
New York, New York 10165
Telephone: (212) 317-1200
Facsimile: (212) 317-1620
*Attorneys for Plaintiff*

2

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
FELIX FLORES and GUADALUPE PALACIOS,   :
                                    Plaintiffs,   :
                                          :   20 Civ. 7174 (JMF)
       -against-                          :
IMAMURA, INC. d/b/a YAKITORI SUN-CHAN   :   **OFFER OF JUDGMENT**
and TOKISHIGE IMAMURA,   :
                                Defendants.   :
------------------------------------------------------------------ X

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), defendants Imamura, Inc. d/b/a Yakitori Sun-Chan and Tokishige Imamura (collectively, "Defendants"), by their attorneys Pechman Law Group PLLC, hereby offer to allow judgment in this action to be taken against them, jointly and severally, in favor of plaintiffs Felix Flores and Guadalupe Palacios (collectively, "Plaintiffs") in the sum of twenty-five thousand dollars and zero cents ($25,000) in full and final resolution of all of Plaintiffs' claims against Defendants for unpaid wages, liquidated damages, statutory damages, interests, costs, fees, reasonable attorneys' fees and costs, and all other expenses arising out of or otherwise related to the facts and transactions alleged in the above-captioned action. If Plaintiffs accept this Offer of Judgment, Defendants shall pay the sum of $25,000 to them and to their attorneys. Defendants shall not make any other or further payments to either Plaintiff or to their attorneys.

      This Offer of Judgment is made for the purposes specified in Rule 68, and neither this Offer of Judgment nor any judgment that may result from it can be construed as an admission of liability on the part of Defendants, or any of them, or that Plaintiffs have suffered any damages.

Acceptance of this Offer of Judgment will act to release and discharge Defendants from any and all claims that were or could have been alleged by Plaintiffs in this action, including any and all claims under the New York labor Law and Fair Labor Standards Act. Pursuant to Rule 68, this Offer of Judgment shall be deemed withdrawn unless Plaintiffs serve written notice of their acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except in any proceeding to enforce its terms.

Dated: New York, New York
      January 11, 2021

                                      PECHMAN LAW GROUP PLLC

                                      By: _____
                                        Louis Pechman
                                        Gianfranco J. Cuadra
                                        488 Madison Avenue, 17th Floor
                                        New York, New York 10022
                                        Tel.: (212) 583-9500
                                        pechman@pechmanlaw.com
                                        cuadra@pechmanlaw.com
                                        *Attorneys for Defendants*

TO:  Michael Faillace, Esq.
       Gennadiy Naydenskiy, Esq.
       Michael Faillace & Associates, P.C.
       60 East 42nd Street, Suite 4510
       New York, NY 10165
       Tel.: (212) 317-1200
       *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
FELIX FLORES and GUADALUPE PALACIOS,

               Plaintiffs,

    -against-                                      20 Civ. 7174 (JMF)

IMAMURA, INC. d/b/a YAKITORI SUN-CHAN       **AFFIDAVIT OF SERVICE**
and TOKISHIGE IMAMURA,

               Defendants.
------------------------------------------------------------------ X

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

       Gianfranco J. Cuadra, an attorney admitted to practice before the courts of the State of New York and the Southern District of New York, being duly sworn, deposes and says:

       I am over 18 years of age, reside in Kings County, New York, and am not a party to this action.

       On January 11, 2021, I served Defendants' Rule 68 Offer of Judgment in the above-referenced matter by email and by regular mail, by depositing a true copy of the papers, enclosed in a postage paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, to the following designated attorneys for Plaintiffs authorized to accept service:

                      Michael Faillace, Esq.
                     Gennadiy Naydenskiy, Esq.
                Michael Faillace & Associates, P.C.
                 60 East 42nd Street, Suite 4510
                       New York, NY 10165
                        *Attorneys for Plaintiffs*

       I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

                                                               _____
                                                                Gianfranco J. Cuadra

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
*FELIX FLORES* and *GUADALUPE PALACIOS, individually and on behalf of others similarly situated,*

                               *Plaintiff*,

            -against-

IMAMURA, INC. (D/B/A YAKITORI SUN-CHAN) and TOKISHIGE IMAMURA,

                              Defendants.
------------------------------------------------------------------X

Case No. 20-cv-7174

AFFIDAVIT OF SERVICE

GENNADIY NAYDENSKIY, being duly sworn, deposes and says:

    Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New Jersey.

On January 13, 2021, I emailed the Plaintiff's Notice of Acceptance of Offer of Judgment; to Defense counsel Louis Pechman and Gianfranco J. Cuadra to:

Louis Pechman
Gianfranco J. Cuadra
Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, NY, 10022
Tel: (212)583-9500
pechman@pechmanlaw.com
cuadra@pechmanlaw.com
*Attorneys for Defendants*

                                       _____s/_____
                                            GENNADIY NAYDENSKIY