UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

*FELIX FLORES and GUADALUPE*

*PALACIOS, individually and on behalf of others similarly*

*situated,*

                                *Plaintiff,*

                                                 Case No. 20-cv-7174

        -against-

IMAMURA, INC.  (D/B/A YAKITORI SUN-

CHAN) and TOKISHIGE IMAMURA,

                      Defendants.

----------------------------------------------------------------X

### [Proposed] JUDGMENT
### <u>JUDGMENT</u>

        On January 13, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

        NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs FELIX FLORES and GUADALUPE PALACIOS have judgment against

Defendants IMAMURA, INC.  (D/B/A YAKITORI SUN-CHAN) and TOKISHIGE

IMAMURA (collectively "Defendants"), jointly and severally, in the amount of $25,000,

(Twenty-Five Thousand Dollars) which is inclusive of attorneys' fees and costs.


Dated: _____, 2021


                                          _____

                                      **HON. JESSE M. FURMAN**