UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

*FELIX FLORES and GUADALUPE*

*PALACIOS, individually and on behalf of others similarly*

*situated,*

                                *Plaintiff,*

     -against-                                Case No. 20-cv-7174

IMAMURA, INC. (D/B/A YAKITORI SUN-

CHAN) and TOKISHIGE IMAMURA,

                              Defendants.

-----------------------------------------------------------------X

## [Proposed] JUDGMENT
## JUDGMENT

On January 13, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs FELIX FLORES and GUADALUPE PALACIOS have judgment against Defendants IMAMURA, INC. (D/B/A YAKITORI SUN-CHAN) and TOKISHIGE IMAMURA (collectively "Defendants"), jointly and severally, in the amount of $25,000, (Twenty-Five Thousand Dollars) which is inclusive of attorneys' fees and costs.

All conferences are vacated. All pending motions are moot. The Clerk of Court is directed to close this case. SO ORDERED.

Dated: January 13, 2021

_____
**HON. JESSE M. FURMAN**